### 8970.   HEATH *v.* SHACKELFORD BROTHERS.

WADE, C. J.   None of the grounds of the motion for a new trial being argued in the brief of counsel for the plaintiff in error, they will be treated as abandoned. The general statement in the brief, that the plaintiff in error contends "that it was error not to grant a new trial

on each and every ground of the original and amended motion for a new trial," is not sufficient to change this well-established rule of practice. *Pelham Phosphate Co.* v. *Daniels,* 21 *Ga. App.* 549 (94 S. E. 846), and the numerous cases there cited.

*Judgment affirmed. Jenkins and Luke, JJ., concur.*

DECIDED MARCH 15, 1918.

Complaint; from Wilcox superior court—Judge Crum. May 19, 1917.

*M. B. Cannon, Max E. Land,* for plaintiff in error.

*Hal Lawson,* contra.